The People of the State of New York, Respondent, v. Bernardo Tomburello, Appellant.—Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jerome E. Olenick, as Executor, etc., of Irving Olenick, Deceased, Appellant, v. Stanley Development Corporation and Others, Respondents, Impleaded with Others.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jennie A. Terr, Appellant, v. Louis C. Rosenblatt, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman.

Presbrey-Leland Studios, Inc., Appellant, v. Lillian May Grinnell, as Executrix, etc., of Oliver Cromwell Grinnell, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Ida Hirschberg, Respondent, v. Meyer H. Ullmann, Appellant.— Judgment and order reversed, with costs to the appellant, and motion denied, with ten dollars costs, on the ground that the affidavits show a litigable issue. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Seiberling Rubber Company, Inc., Appellant, v. William Dudde Corporation, Respondent, Impleaded with Lambert Tire & Rubber Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Newton Brooks, an Infant, etc , Appellant, v. The New York Edison Company, a Domestic Corporation, Respondent. Abraham Brooks, Appellant, v. The New York Edison Company, a Domestic Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

H. Michaelyan, Inc., Appellant, v. New Jersey Fidelity and Plate Glass Insurance Company, Respondent.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Virginia Trainer James, as Administratrix, etc., of Richard G. P. James, Deceased, Respondent, v. George B. Hendrick, Appellant.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Florence T. Kahnweiler, Respondent, v. Clifford Archer Furst, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Maria F. O'Connor, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Charles Henry Kurtz, Appellant, v. Roseland Cab Co., Inc., Respondent.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Ætna Life Insurance Company of Hartford, Connecticut, Respondent, v. National Dry Dock & Repair Co., Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.